UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-10-BO

| | | |
|---|---|---|
| TRIDENT ATLANTA, LLC, DUAL ENERGY, LLC, CYNERGETIC AR, LLC, MARCIE BINDES D/B/A KS ENTERPRISES, LLC, AND TRENT MOORE D/B/A LINDSTAN INC. ) ) ) ) ) | | |
| Plaintiffs, ) ) | | |
| v. ) | | O R D E R |
| ) | | |
| CHARLIE GRAINGERS, FRANCHISING, LLC, CHARLIE GRAINGERS FRANCHISING, INC., LOUIS CRAIG NORTH, GREGORY BRUCE GEORGE, AND JASON MATTHEW NISTA ) ) ) ) ) | | |
| Defendants. ) | | |

This cause comes before the Court *sua sponte* based on the Court's authority to manage its own docket. On November 23, 2020, the Court granted the motions for summary judgment filed by defendants Louis Craig North, Gregory Bruce George, and Jason Matthew Nista and denied plaintiffs' motion for summary judgment. On December 22, 2020, plaintiffs filed a notice of appeal of the Court's November 23, 2020 order.

Accordingly, this case is STAYED pending disposition by the Fourth Circuit Court of Appeals. The parties are DIRECTED to notify the Court when the Fourth Circuit has issued a decision in this case, following which the Court will lift the stay and enter the matter for pretrial conference on the remaining claims.

SO ORDERED, this _____8_____ day of January, 2021.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE