UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-10-BO

TRIDENT ATLANTA, LLC, DUAL ENERGY, )
LLC, CYNERGETIC AR, LLC, MARCIE )
BINDES D/B/A KS ENTERPRISES, LLC, AND )
TRENT MOORE D/B/A LINDSTAN INC. )
)
    Plaintiffs, )
)
v. )     O R D E R
)
CHARLIE GRAINGERS, FRANCHISING, LLC, )
CHARLIE GRAINGERS FRANCHISING, INC., )
LOUIS CRAIG NORTH, GREGORY BRUCE )
GEORGE, AND JASON MATTHEW NISTA )
)
    Defendants. )

This cause comes before the Court on the parties' motion to dismiss and stipulation of dismissal pursuant to Rule 41(1)(A)(ii) of the Federal Rules of Civil Procedure. It is hereby ORDERED that this action, including all claims and causes of action, is voluntarily DISMISSED WITH PREJUDICE. The parties shall each bear their own costs, attorneys' fees, and other expenses related to this action.

SO ORDERED, this _____ day of January, 2021.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE